No. 970. COOK ET AL. v. ARMOUR & Co. ET AL. May 6, 1940. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Isaiah Cook* and *Henrietta*

*Harold, pro se.*